UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BRAND, | ) |
| | ) |
| Plaintiff, | ) |
| | )   1:14-cv-6018-RLY-TAB |
| vs. | ) |
| | ) |
| COOK MEDICAL, LLC, COOK | ) |
| INCORPORATED, AND WILLIAM | ) |
| COOK EUROPE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## VERDICT FORM

1.    **Has the Plaintiff proven, by a preponderance of the evidence, that the design of the Celect IVC filter was defective?**

Yes ✓                          No ____

If your answer to Question 1 is "yes," then go to Question 2. If your answer to

Question 1 is "no," then the foreperson should sign and date this form.

2.    **Has Plaintiff proven, by a preponderance of the evidence, that the Celect IVC filter's defective design was the proximate cause of the loss, injury, or damage to Plaintiff?**

Yes ✓                          No ____

1

If your answer to Question 2 is "yes," then go to Questions 3 and 4.  If your answer to Question 2 is "no," then the foreperson should sign and date this form.

3.      **Has Cook proven, by a preponderance of the evidence, that Plaintiff knowingly and voluntarily exposed herself to the danger she has complained of?**

Yes _____                              No ✓

4.      **Has Cook proven, by a preponderance of the evidence, that an intervening cause broke the sequence between the defective product and the injury to Plaintiff?**

Yes _____                              No ✓

If you answered "yes" to Question 3 or Question 4, then your verdict is for Cook and you should sign and date this verdict form.

If you answered "no" to Question 3 and Question 4, please answer Question 5.

5.      **What is the total amount of Plaintiff's damages?**

$ _3,000,000_.

**The Foreperson should sign and date this Verdict Form.**

███████████████████████████            Dated: _02/01/2019_
Foreperson's Signature

2